UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Chauncey Girard
_____

_____

(IN THE SPACE ABOVE ENTER THE FULL NAME(S) OF THE PLAINTIFF(S).)

Chauncey Girard

v.   (Sgt) ? Eckerson   (Joe)(Business Office)

(Dep) Collao   (Dr) Korobkova

(LT) Murphy   (Superintendent) Griffen   Jane Doe

(CO) Staples   (Grievance Clerk) Wongsang   Business Office

(Dr) Bentivegna

Defendant No. 1 _____

Defendant No. 2 (Dr) Korobkova

Defendant No. 3 (Dep) Collao

Defendant No. 4 (CO) Staples

Defendant No. 5 (Superintendent) Griffen

See Attached
_____

**18 CV 2026**

Complaint

under the

Civil Rights Act, 42 U.S.C 1983

Jury Trial: Yes ✓   No ____

(check one)

(In the space above, enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write, "see attached," in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part 1. No addresses should be included here.)

(SGT) J. Eckerson

(Business Office) Zoe

(Business Office) Jane doe

(Grievance Clerk) wongsang

(LT) Murphy

Parties in this complaint:

List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary:

Plaintiff:  Name _Chauncey Grant_

ID # _11A13520_

Current Institution _Green Haven_

Address _Stormville New York 12582_

List all defendants' names, positions, places of employment, and the address where each defendant may be served/ Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name _Colac Dept. of Programs_ Shield # _N/A_
Where Currently Employed _Green Haven CF_
Address _Green Haven CF PO Box 4000 Stormville New York 12582_

Defendant No. 2  Name _Staples (Co)_ Shield # ____
Where Currently Employed _Green Haven CF_
Address _Green Haven CF PO Box 4000 Stormville New York 12582_

Defendant No. 3  Name _(LT) Murphy_ Shield # ____
Where Currently Employed _Green Haven CF_
Address _Green Haven CF PO Box 4000 Stormville New York 12582_

(See Attached)
(Dr) Bentivegna

Green Haven C.F. PO Box 4000
Stormville New York 12582

(Grievance Clerk)

Wongsang     Green Haven C.F. PO Box 4000
             Stormville New York 12582

Joe          Green Haven C.F. PO Box 4000
Business Office    Stormville New York 12582

Jane Doe     Green Haven C.F. PO Box 4000
Business Office    Stormville New York 12582

(SGT) J Eckesson  Green Haven C.F. PO Box 4000
             Stormville New York 12582

Defendant No. 4  Name Superintendent Griffen  Shield # _____
Where Currently Employed Green Haven C.F.
Address Green Haven C.F. P.O Box 4000
Stormville New York 12582

Defendant No. 5  Name (Dr) Korobkova ~~[scratched out]~~  Shield # _____
Where Currently Employed Green Haven C.F.
Address Green Haven C.F. P.O Box 4000
Stormville New York 12582

Statement of claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates, and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

In what institution did the events giving rise to your claim(s) occur? Green Haven C.F. P.o.box 4000 Stormville New York 12582

Where in the institution did the events giving rise to your claim(s) occur _____
The Medical Department and Locking Location G-6-34/8

What date and approximate time did the events giving rise to your claim(s) occur? 8-30-2017
9-11-2017                                                                                    12-27-2017
9-~~[scratched]~~ 12-28-2016 12-4-2017 12-27-2017 11-27-2017 12-12-2017 and more

Facts: Plaintiff suffered a Left Shoulder Injury on 12-23-2014 and a Stomach Injury and a back Injury as well prior to Coming to Green Haven CF. the wounds became painful after the stay at this Prison Plaintiff asked Defendant(s) Korobkova and Griffen on 9-26-2016 to recive MRI results to recive treatment See Grievance 84 2-17-16 then was later denyed Sick Call as a retaliation to this Grievance See Grievance 8461-16 and still Provider failed to treat him So plaintiff requested

a Provider Change on 1-4-2017 Grievance # 85230-17 Due to the grievance Plaintiff was put in for a Medical exam and later given Surjery on 2-23-2017 on his left shoulder, was hospitalized for two weeks, Defendent Korobkova would still fail to give medical permit to Left Shoulder in which Plaintiff would often get put on the wall for a search during recreation and Plaintiff grived it See Grievance 86346-17 in which caused Plaintiff to recive permenate Damge See medical Records 9-11-2017 in where Plaintiff has loss range of Motion. Furher Plantiff also had a Stomach Injury and was also denyed medical Attention See medical records from 12-23-2017 and 1-5-2017 where Plantiff was diagnosised with these Injurys and Plan tiff was denyed, see grievances 88518-17 88698-18 88319-17 88519-17, 88241-17, 88420-17 85230-17 in which went to Superintedent, and he turned his back. Plaintiff recved H pylori Due to not treating Stomach Injury (see medical records positive H-Pylori.) and Plaintiff still haven't been treated. Due to the rest of the Complaint Plaintiff was retaliated on. Medical was inadequate and unprofessional vital in assessing for future Sickness were not used to

**Injuries:** assist Diagnoses, Deficiencies were normal Plantiff was unable to obtain examination or Care upon Request.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Perminate loss of Range of Motion in (L)Left Shoulder and H-pylori in Stomach Injury Still haven't been treated for this deseare that causes Cancer or given a Permit that Stops the potential risk of more Damage when forced to Frisk Search or Strip Frisk for left shoulder. the fact that I haven't been treated yet for H-pylori could have not given any other results except positive and the failure to give Catscan loss of 20 Pounds in weight would show symtoms are suficiant I haven't been treated for

**Exhaustion of Administrative Remedies:** Stomach Injury 8th amend and 14th Denial of Acess to Courts

The Prison Litigation Reform Act of 1995, 42 U.S.C. 1997e(a), requires that, "no action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____ No ✓

If YES, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Green Haven CF Po Box 4000 Stormville New York 12582

If NO, why not? N/A

Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I put in a Article 78 concerning this and is awaiting the results of the filing and the Order to Show Cause I filed grievances already for a whole year.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

Relief:

State what you want the court to do for you. I want to be treated for H Pylori and be given a permit for my left shoulder that states I cant put my hands over my head or around my back Due to loss of range of motion, I also want to be given Money Damages be paid from the Defendants for Being Deliberatly Indifferent Causing these Injurys of Punitive Damages and H-Pylori and be treated for Stomach Injury Cat Scan and Money for pain and suffering of 50,000 Fifty Thousand Dollars 7 seven thousand each Defendent Punitive Damages.

Previous Lawsuits:

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ✓ No ____

If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.

Parties to this previous lawsuit:

Plaintiff Chauncey Girard

Defendants Tomas Vadithi, Anthony Annucci, Hickey Dugan, Abele, Gilfus, Koenysman, Chuttle,

Court (if federal court, name the district; if state court, name the county) Northern District Syracuse New York    Cayuaga County

Docket or Index number: 9:15-CV-0187

Name of Judge assigned to your case: N/A

Approximate date of filing lawsuit: N/A

Is the case still pending? Yes ✓ No ____

   If NO, give the approximate date of disposition: N/A

What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) N/A

Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓ No ____

If your answer to C is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

Parties to this previous lawsuit:

Plaintiff Chauncey Girard

Defendants State of New York Griffen

Court (if federal court, name the district; if state court, name the county) Dutchess

Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure? Yes ✓ No ___ Do Not Know ___

Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claim(s)? Yes ✓ No ___ Do Not Know ___

If Yes, which claim(s)? Medical Deliberate Indifference and failure to protect Retaliation

Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose not cover some of your claim(s)? Yes ✓ No ___ Do Not Know ___

If Yes, Which claim(s)? Medical Deliberate Indifference, Retaliation

Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose? Yes ✓ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? Yes ✓ No ___

If you did file a grievance about the events described in this complaint, where did you file the grievance? Green Haven, Comstock CF, Auburn CF.

Which claim(s) in this complaint did you grieve? Medical Deliberate Indifference Retaliation and failure to protect

What was the result, if any? Defendant in this action also failed to process my grievances and wrongfully and grievances were denied

What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I appealed all the way to C.O.R.C. and still haven't received a response, the problem is ongoing put in Article 78

If you did file a grievance, did you inform any officials of your claim(s)? Yes ✓ No ___

If YES, whom did you inform and when did you inform them? Superintendent, Griffen Dep of programs Colao, in Article 78 and Grievances

Approximate date of filing lawsuit: N/A

Is the case still pending? Yes ✓ No ___

    If NO, give the approximate date of disposition: N/A

What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) N/A

Signed this 14 day of Feb, 20 18. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff: _____

Inmate Number: 11A1352

Mailing Address: Green Haven CF.
P O Box 4000
Stormville New York

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury on this 14 day of Feb, 20 18, I will deliver this complaint to prison authorities to be mailed to the Pro SE Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Chauncey Grand

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
)ss:
COUNTY OF DUTCHESS )

_Chauncey Girard_, being duly sworn, deposes and says:

I am the above-mentioned defendant/petitioner and I have served a copy of the following papers: 1983 § for Deliberate Indifference to Medical Attention, Injury's Failure to treat and Denial of treatment, and retaliation, Failure to Protect, with one copy

Upon the following party(ies): United States District Court Southern District of New York Room 230 Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, New York 10007

by placing the above in a post-paid envelope and depositing it in a United States Postal Service mailbox located at Green Haven Correctional Facility, Stormville, NY 12582 on the _21_ day of _Feb_, 20_19_, as due and sufficient service.

Sworn to before me this

_21_ day of _February_, 20_19_

_____
NOTARY PUBLIC

[Notary seal: PATRICK LEON MCNEIL, No. 01MC6324976, Exp. 05/18/2019, BRONX COUNTY, STATE OF NEW YORK]

DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Chauncey Girard   DIN: 11A1352



Printed on Recycled Paper

United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Court 500 Pearl Street
Room 230
New York, New York 10007

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000

NAME: Chauncey Girard   DIN: 11A1352

GREEN HAVEN CORRECTIONAL FACILITY

NEOPOST    FIRST-CLASS MAIL
02/26/2018
US POSTAGE $001.10⁰
ZIP 12582
041L11259010

NEW YORK STATE