# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Chauncey Girard

_Write the full name of each plaintiff._

-against-

(Dr). KorobKova   (Dr) Bentivegna  ,(Co) Staples

(Lt) Murphy   (Superintendent) Griffen (Dep) Collao

_Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV._

7:18 __CV__ 2026

(Include case number if one has been assigned)

## AMENDED COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No



## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



Rev. 5/20/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other:  8th Amendent Medical Indifferance

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Chauncey | T | Girard |
|---|---|---|
| First Name | Middle Initial | Last Name |

None

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

11-A-1352

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Franklin Correction Facility

Current Place of Detention

P.O. Box 10    Malone New York 12953

Institutional Address

| Malone | New | York | 12953 |
|---|---|---|---|
| County, City | | State | Zip Code |

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner

☐ Other:

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

| Korobkova | (Dr) | |
|---|---|---|
| First Name | Last Name | Shield # |

Doctor

Current Job Title (or other identifying information)

Green Haven   C.F.

Current Work Address

| Stormville | New York | 12582 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| Bentivegna | (Dr) | |
|---|---|---|
| First Name | Last Name | Shield # |

Doctor

Current Job Title (or other identifying information)

Green Haven   C.F.

Current Work Address

| Stormville | New York | 12582 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| Staples | (Co) | |
|---|---|---|
| First Name | Last Name | Shield # |

Correctional   Officer

Current Job Title (or other identifying information)

Stormville    New   York    12582

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4:

| Murphy | ( L T) | |
|---|---|---|
| First Name | Last Name | Shield # |

Luietenant

Current Job Title (or other identifying information)

Stormville    New    York    12582

Current Work Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Page 3

Defendent 5:

| Griffen | (superintendent) | |
|---|---|---|
| First Name | Last Name | Shield # |

(superintendent)
Current Job Title (or other identifying information

Current Work Address
Attorney Janice Powers knows address

| County , City | State | Zip Code |
|---|---|---|

Defendent 6:

| (Dep) | Collado | |
|---|---|---|
| First Name | Last Name | Sheild # |

(Deputy Superintendent)
Current Job Title (or other identifying information

Current Work Address

Attorney Janice Powers knows address

| County , City | State | zip Code |
|---|---|---|

## V.  STATEMENT OF CLAIM

Place(s) of occurrence:      Green    Haven    Correctional Facility

Date(s) of occurrence:      12-5-2016 and up until 9-18-2018

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I had been Assaulted In Auburn C.F. by staff on 12-23-2014 and had injuries of a left shoulder dislocation that needed surjury and I complained about the injuries of stomach and back as well,and when complained was denied the proper medical treatment and in which the injuries became worst ,in which I had to put a grievance in to recive a response from medical ,to recive my Mri resualts in order to show ,(Dr)Korobkova that I had a serious medical issue that needed ,Surjury at this time no ,order for a permit was given or any physical therapy to try and resolve the issue, I also stated to her that my stomach was hurt from the assault and because of this she did not ,attempt to help she personally involved herself by stating"there is nothing wrong",and then did not put me in for any kind of test or giving me anything for the pain but just kicked me out of her office,in which I then felt more and more pain from my back stomach and left shoulder ,continuosly going to medical by emergency Sick Call ,in population ,and at the time for three days I never seen ,any doctor ,and went back to Pop. which , the people would keep me down there and not feed me because they thought I had H-Pylori put me on a liquid diet ,and instead of doing test on me ,when seen(See Ex sent I was automatically sent ,without even seeing (Dr)Korobkova ,and she then became deliberatly indifferant and when I put in for the Sick Call ,I was not called , around 12-5-2016 I was in keeplock for a false ticket by (Co) Staples in which she would take my sneakers stating they were out side of the cell,and which (LT) Murphy would bring false judgement on this ,false ticket during this time I was denied the Sick call procedures when put down in which these officers ,puposely put a false ticket on me personally involving them selves to,deny me medical attention ,because my injuries were from ,a staff member ,during the time of the keeplock both(Dep)Collao and (Supt) Griffen would do there rounds and I would exsplain to them that I would need medical treatment and shown letters to bentivegna(Dr) nurse Administrator and nothing was done by anyone to resolve these issues ,in which when the surjury would occur she Korobkova (Dr)would fail to give the permit in which she wouldntcare if I would recive wall searches , by any officers that force my arm on the wall she did not want to giv me the surjury but was forced to,because of the grievance procedure ,and on 9-11-2017 due to her deliberate Indifferance ,would after two session of Physical threapy in which I had to grieve in order to recive I have Perminate Loss a range of motion in left shoulder(See Exhibits) already given to court,in even after instead of giving a permit kknowing the Condition of perminate Damage to the left shoulder, by medical records     Page 4 causing the Assault and Battery of the further deliberate indifference claim of 7-31-2018 in which I was placed in handcuffs and beat sexually and physically

all of these officers were conspiring together ,to use advere action due to this

Pending 1983 , and if the certain Medical procedures were taken then this assault

of 7-31-2017 would not have happened (See Pictures of assault of 7-31-2018 attached) In which defendent(s) (Lt) Murphy and (Co) staples would Conspire with the (Supt) Tomas Griffen who would Lock me up over sneakers that were outside of my cell in which would never in the state of New york have anyone been locked,upfor ,the false put in keeplock for having sneakers outside of his cell ,in which she lied ,and stated

she took them ,in a cell search ,these were adverse action to keep the proper medical care ,from me and Violate my 8th Amendment,in which they would go to the extent to the fact that instead of keeplocking, me from the periods of times already explained to the court I sould have not been retaliated against or Tomas knew that it was false Appeal denied,my 8th Amendment right to medical in which there would be no record of me

going to medical because of the denial,until I grieved it,and it was a matter of fact that I was denied ,and Personal involved themselves  (Chavez v Gutwien  2021 WL 4248917
[ I would like the transcript to false ticket.]    S.D.N.Y.) and Garcia V Griffen
**INJURIES:**   -note to court-                                   2020 WL 3871211
                                                                        (SDNY)
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Perminate Damage in my left shoulder  ,due to Defendent Korobkova and the

(Co) Staples and (Lt) Murphys actions a it needs surjury because it has gotten worst

My back has still not been Taken care of  it also needs surjury and do to the 7-31-2018

assaults due to Korobkovas failure to give permit in acknowledge,the loss of range of

motion from 9-11-2017 from the surjury ,and retaliation to the pending Law suit adverse

action was taken to get me out of the facility ,and I have a orbital fracture in

right eye that was started at Green Haven (See Pictures Taken 7-31-2018 needing stiches).

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

I would like the relief of 10,000.oo$ from Defendent Korobkova, dollars money

Damages and the relief of $10,000.oo from  Defendent (Co) Staples dollars money Damages.

(Lt) Murphy $10,000.oo releif for acting in concert and conspireing , $10,000,.oo

Suprintendent Tomas Griffen for personally involveing himself and once told by

me personally deny all medical ,sick call slips ,Appeal false ticket , and $

2,000.oo By Bentivegna because he knew about and sought to cover up , in writing

and in person . $5,000.oo (Dep)Collao was with (supt) in rounds and knew about

injuries and failed todo anything to prevent.

Page 5

4thComplaint 18-CV-2026 Continued
In this action the Medical records would state

from the December 23 2014 ambulatory health record an altercation
with another inmate and that is a lie ,I the Plaintiff would be
assaulted by the skeletal left shoulder injuries was induced by
officers at Auburn C.F. in which the nurse was deliberate Indifferant
and failed to write down the accurate cause ,in which then I would
be subject to ,false tickets of Made up charges to , try and justify the
officers Misconduct ,,in which the same happened to me at Green Haven
once ,I put this Pending Law suite 1983 18-CV-2026 Officers were sent
to my cell once I requested for assistance because I could not breath
in which the Medical Unit was suposed to follow Proto call and send nurses
to assist me who were certified and trained to deal with the Medical problem
and did not ,instead I was put into the Officers"Mechanical restraints",
inside of my cell taken out sexually Assaulted and Physically Assaulted and
battered inside of handcuffs ,on the date of  7-31-2018 ,Medical was deliberate
indifferant and would not treat me doctor Bentivegna was there and chose not
to treat me instead ,I would request that I recive sucidial service, and due
to an over load I was taken to downstate and then from downstate Putnam county
Outside hospital where there was blood ,inside of my urine ,hemoptysis ,with
stitches in both eyes left and right . There was never an attempt to give any
medical treatment there ,the defendent(s) Conspired and used adverse action
in casual connection to my Protected Conduct, all my injuries were from officers
stomach ,which Korobkova was deliberate indifferant to personally stating
once I seen her on the call out that she was not going to do anything , was
because she would know that something was wrong and the right thing to do
and she chose not to do it in which it is evident from the blood in urine and
inside hemoptysis of my stomach the injuries became worst , she really did not
want to give any medical

Continued conplaint 18-CV-2026

In which the skill of Korobkova ,and her reputation was the worst in the the facility and ,I was given her because I complained about ,injuries from officers,In which she was in a unique postion to prevent the harm ,in which became the burden of preventing the harm,in which I depended on and relied upon her diagnosis ,in which there was no close , connection between her and the injuries suffered and her conduct made the injuries worst,the fact that she did not plainly care to give a medical permit f left shoulder, or to flat out state " I am not doing nothing for you there is nothing wrong with your stomach " shows the degree of certainty that I suffered harm in which she knew the foreseeability of harm to the me in which on 7-31-2018 her unable to give the medical permit would have stopped me from being handcuffed by officers ,and her unablity to act on the stomach injury from being Assaulted by staff prior would show that the transaction was intended to hurt me , in which on 8-1-2018 the outside hospitol would show blood inside of urine ,due to the untreated stomach injury as well as hemoptysis in which the blame would soley be her own fault by her own actions that could have been prevented, her conduct would show the owed duty for the risk involved in which ,Defendent Korobkova and Bentivegna both would violate the policy of medical , in which instead of fixing the problem I became more injuried ,by loss of range of motion in left shoulder , and injuring me more in a unsafe manner in which became a departure from the standard care in which the forseeable injuries were all related due to her medical deliberate indifferance and increased the risk of injury ,and caused more injury. In which right now I have been in pysical therapy sessions twice and still have not been able to have full range of motion in my left shoulder , I have a stomach brace until 2023 ,and a back brace until August 2022 in which I have physical therapy here three sessions and it has became worst ,these injuires were all given to the medical department and Korobkova, and Bentivegna and they failed to show the proper care and had a duty and these defendent(s) breached that duty by injuring me more by being deliberate Indifferate to my injuries my stomach and back and after the surjury for my left shoulder ,and which I sustained I will have to redo surjury and go thru the rehablitative stages again more hurt and pain more scares in which mental anguish ,embarrassment and humiliation, and loss of enjoyment of life.

# AFFADAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss:
COUNTY OF FRANKLIN )

**NAME OF DOCUMENTS:** Amended Complaint for 18-CV-2026

I, Chauncey Girard, being duly sworn, deposes and says:

That I have on this 22 day of March, 2022, placed and submitted the copies of the within documents and or moving papers as indicated above, to be duly mailed via the US Postal Services, through the institutional mailroom here at Franklin CF., 62 Bare Hill Road, PO Box 10, Malone, New York 12953-0010, in a pre-paid first class wrapper to the following parties:

Southern District
Charles L Breint Jr Federal Building
US Court House
300 Quarropas
White Plains New York 10601

SWORN TO BEFORE ME THIS
22 DAY March, 2022

Mary M Brower
Notary Public

MARY M. BROWER
Notary Public, State of New York
No. 01BR6300423
Qualified in Franklin County
Commission Expires March 31, 20 22

Chauncey Girard
Chauncey Girard
Franklin Correctional Facility
62 Bare Hill Road, PO Box 10
Malone, New York 12953-0010

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3-22-2022

Dated

Plaintiff's Signature

Chauncey     T     Grant

First Name     Middle Initial     Last Name

Franklin     C.F. Po Box 10

Prison Address

County, City     State     Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: March 22-2022

Page 6

**FRANKLIN CORRECTIONAL FACILITY**
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953
NAME: Chaney Gerard   DIN: 11A1132

RECEIVED APR 27 2022 U.S.D.C.

Legal Mail

RECEIVED APR 27 2022 PRO SE OFFICE

United States District Court
Southern District of New York
300 Quarropas Street
White Plains New York

