

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

June 28, 2022

**Via ECF**
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Girard v. Collado s/h/a Collao* et. al., 18-cv-2026 (NSR)

Dear Judge Román:

This Office represents Defendants Jaifa Collado, Superintendent, sued herein as C.O. Collao, Lt. Murphy, C.O. Staples, Dr. Bentivegna, Supt. Thomas Griffin, and Dr. Yelena Korobkova (sued herein as Helena Korobkovna). I write to respectfully request an adjournment of the briefing schedule set by the Court in its order dated June 3, 2022, in which the Court granted Defendants permission to move to dismiss the fourth amended complaint (ECF No. 98).

The Court's current order directs Defendants to serve their moving papers on or before July 4, 2022, Plaintiff to serve opposition papers on or before August 3, 2022, and Defendants to serve reply papers on or before August 18, 2022. *Id.*

I request the Defendants' time to serve their moving papers be extended to October 30, 2022. I request this adjournment because I was recently assigned to this case, and need the time to review the file and effectively prepare the motion, and balance my other pending cases. This is Defendants' first request for an adjournment pertaining to the motion to dismiss the fourth amended complaint.

Respectfully submitted,

*Terrance K. DeRosa*

Terrance K. DeRosa
Assistant Attorney General
914-422-8724

Hon. Nelson S. Román
June 28, 2022
Page 2

cc:    Chauncey Girard
       DIN No. 11-A-1352
       Plaintiff <u>Pro</u> <u>Se</u>
       Franklin Correctional Facility
       P.O. Box 10
       Malone, New York 12953