USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022

# MEMORANDUM ENDORSEMENT

Girard v. Collado s/h/a Collao et al.,
7:18-cv-2026 (NSR)

The Court is in receipt of the attached letter from *pro se* incarcerated Plaintiff, dated November 2, 2022. In his letter, Plaintiff indicated that he "just received the answer back to the amended complaint" and asks for an extension to respond in opposition.

The Court is not aware of, nor does the docket reflect, an Answer filed by Defendants. The Court understand that the parties are currently briefing on Defendants' motion to dismiss the fourth amended complaint under the following briefing schedule: Defendants' moving papers were to be served (not filed) on or before October 31, 2022; Plaintiff's opposition papers shall be served (not filed) on or before November 30, 2022; Defendants' reply papers shall be served on or before December 15, 2022. (*See* Order dated June 28, 2022, ECF No. 101.)

To the extent that *pro se* Plaintiff refers to Defendants' moving papers on the motion to dismiss, Plaintiff is GRANTED his extension request. Plaintiff is directed to serve (not file) his opposition papers on Defendant's moving papers on or before December 30, 2022 and Defendants are directed to serve their reply papers on or before January 15, 2023. Defendants are directed to file all motion papers, including Plaintiff's papers, onto ECF on the reply date, January 15, 2023. The parties are directed to mail two courtesy copies of their papers to Chambers as they are served.

The Clerk of the Court is kindly directed to send a copy of this endorsement to the *pro se* Plaintiff and show service on the docket.

Dated: November 7, 2022
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE