UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHAUNCEY GIRARD**, <br><br> Plaintiff, <br><br> -against- <br><br> **CALLAO, et al.**, <br><br> Defendants. | Case No. 18 cv 2026 <br><br> **NOTICE OF APPEARANCE** |

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Chauncey Girard.

Dated: New York, New York
November 11, 2022

Rickner PLLC

By: /s/ Stephanie Panousieris
Stephanie Panousieris

14 Wall Street, Suite 1603
New York, New York 10005
Phone: (212) 300-6506
Fax: (888) 390-5401
*Attorney for Plaintiff*