AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York   [▼]

| | |
|---|---|
| Chauncey Girard, | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    7:18-CIV-2026 (NSR) |
| Collado et. al, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Collao, Griffin, Murphy, Staples, Korobkova, Bentivegna, Swain, Eckerson                    .

Date:      08/22/2025

*Elizabeth Barbanes*
_____
*Attorney's signature*

Elizabeth Barbanes (EB2848)
_____
*Printed name and bar number*
Assistant Attorney General
Office of the Attorney General of the State of NY
44 South Broadway, 5th Floor
White Plains, New York 10601
_____
*Address*

Elizabeth.Barbanes@ag.ny.gov
_____
*E-mail address*

(914) 422-8765
_____
*Telephone number*

_____
*FAX number*